

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Daquarious Tre'Ron Meadors, Appellant

No. 06-21-00056-CR         v.

The State of Texas, Appellee

Appeal from the 5th District Court of Bowie County, Texas (Tr. Ct. No. 21F0124-005). Memorandum Opinion delivered by Chief Justice Morriss, Justice Stevens and Justice Carter* participating. *Jack Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find there was partial error in the judgments of the court below. Therefore, we modify the trial court's judgments by (1) changing the titles to "Judgment of Conviction" instead of "Judgment of Conviction by Jury," (2) changing the "Plea to the Offense" sections to reflect that Appellant pled "Guilty" to both offenses, and (3) replacing the language indicating that guilt was determined via a "Verdict by Jury" with language stating that the finding of guilt was made "By the Court." We further modify the judgment convicting the Appellant of the second count of aggravated robbery by deleting the assessment of court costs. As modified, the judgments of the trial court are affirmed.

We note that the appellant, Daquarious Tre'Ron Meadors, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 18, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk